TRUSTEES IN BANKRUPTCY OF NORTH AMERICAN RUBBER THREAD CO., INC., FILMAX SDN. BHD., HEVEAFIL USA, INC., AND HEVEAFIL SDN. BHD., Plaintiffs, v. UNITED STATES, Defendant.

Consol. Court No. 05–00539

## *JUDGMENT*

GOLDBERG, Senior Judge: Upon consideration of defendant's motion for entry of final judgment, and all other pertinent papers, it is hereby

**ORDERED** that the defendant's motion is granted; and it is further

**ORDERED** that this Court's order of June 10th, 2008 is vacated to the extent that it remands this action to the Department of Commerce for further proceedings; and it is further

**ORDERED** that the Department of Commerce shall initiate a changed circumstances review pursuant to 19 U.S.C. § 1675(b); and it is further

**ORDERED** that all further claims are dismissed as unripe.